|    | Asset Title | File Name | Upload date |
|----|---|---|---|
| 1  | UFC 168: Weidman vs. Silva 2 | UFC.168.Weidman.vs.Silva.II.480p.HDTV.x264.AAC-Secludedly | 12/29/2013 |
| 2  | UFC 168: Weidman vs. Silva 2 | UFC.168.Weidman.vs.Silva.II.720p.HDTV.x264.60fps.AAC-Secludedly | 12/29/2013 |
| 3  | UFC Fight Night 33: Hunt vs. Bigfoot | UFC.Fight.Night.33.Hunt.vs.Bigfoot.480p.HDTV.x264.AAC-Secludedly | 12/7/2013 |
| 4  | UFC Fight Night 33: Hunt vs. Bigfoot | UFC.Fight.Night.33.Hunt.vs.Bigfoot.720p.HDTV.h264.AAC-Secludedly | 12/7/2013 |
| 5  | UFC 167: GSP vs. Hendricks | UFC.167.GSP.vs.Hendricks.480p.HDTV.x264.AAC-Secludedly | 11/17/2013 |
| 6  | UFC 167: GSP vs. Hendricks | UFC.167.GSP.vs.Hendricks.720p.HDTV.h264.60fps.AAC-Secludedly | 11/17/2013 |
| 7  | UFC Fight Night 30 | UFC.Fight.Night.30.Machida.vs.Munoz.480p.SDTV.x264.AAC-Secludedl | 10/27/2013 |
| 8  | UFC 166: Velasquez vs. JDS III | UFC.166.Velasquez.vs.JDS.III.480p.HDTV.x264.AAC-Secludedly | 10/20/2013 |
| 9  | UFC 166: Velasquez vs. JDS III | UFC.166.Velasquez.vs.JDS.III.720p.HDTV.h264.60fps.AAC-Secludedly | 10/20/2013 |
| 10 | UFC Fight Night 29: Maia vs. Shields | UFC.Fight.Night.29.Maia.vs.Shields.400p.SDTV.x264.AAC-Secludedly | 10/10/2013 |
| 11 | UFC 165: Jones vs. Gustafsson | UFC.165.Jones.vs.Gustafsson.480p.HDTV.x264.AAC-Secludedly | 9/22/2013 |
| 12 | UFC 165: Jones vs. Gustafsson | UFC.165.Jones.vs.Gustafsson.720p.HDTV.h264.AAC-Secludedly | 9/22/2013 |
| 13 | The Ultimate Fighter: S18E03 | The.Ultimate.Fighter.S018E03.480p.SDTV.x264.AAC-Secludedly | 9/19/2013 |
| 14 | UFC 164: Henderson vs. Pettis II | UFC.164.Henderson.vs.Pettis.II.480p.x264.AAC-Secludedly | 9/1/2013 |
| 15 | UFC 164: Henderson vs. Pettis II | UFC.164.Henderson.vs.Pettis.II.720p.H264.60fps-Secludedly | 9/1/2013 |
| 16 | UFC 163: Aldo vs. Korean Zombie | UFC.163.Aldo.vs.Korean.Zombie.480p.HDTV.x264-Secludedly | 8/4/2013 |
| 17 | UFC 163: Aldo vs. Korean Zombie | UFC.163.Aldo.vs.Korean.Zombie.720p.H264.60fps-Secludedly | 8/4/2013 |
| 18 | UFC 163: Aldo vs. Korean Zombie | UFC.163.Aldo.vs.Korean.Zombie.Prelims.480p.HDTV.x264-Secludedly | 8/4/2013 |
| 19 | UFC 163: Aldo vs. Korean Zombie | UFC.163.Aldo.vs.Korean.Zombie.Prelims.720p.H264.60fps-Secludedly | 8/4/2013 |
| 20 | UFC on Fox 8 | UFC.on.FOX.8.480p.HDTV.x264.AAC-Secludedly | 7/28/2013 |
| 21 | UFC on Fox 8 | UFC.on.FOX.8.720p.HDTV.h264.60fps.AAC-Secludedly | 7/28/2013 |
| 22 | UFC on Fox 8 | UFC.on.FOX.8.Prelims.480p.HDTV.x254.AAC-Secludedly | 7/28/2013 |
| 23 | UFC on Fox 8 | UFC.on.FOX.8.Prelims.720p.HDTV.h264.60fps.AAC-Secludedly | 7/28/2013 |

| | Asset Title | File Name | Upload date |
|---|---|---|---|
| 24 | UFC 162: Silva vs. Weidman | UFC.162.Silva.vs.Weidman[X264][400P][MP4][Secludedly] | 7/7/2013 |
| 25 | UFC 162: Silva vs. Weidman | UFC.162.Silva.vs.Weidman[H264][720P][60FPS][Secludedly] | 7/7/2013 |
| 26 | UFC 162: Silva vs. Weidman | UFC.162.Silva.vs.Weidman.Prelims[X264][400P][MP4][Secludedly] | 7/7/2013 |
| 27 | UFC 162: Silva vs. Weidman | UFC.162.Silva.vs.Weidman.Prelims[H264][720P][60FPS][Secludedly] | 7/7/2013 |
| 28 | UFC 161: Evans vs. Henderson | UFC.161.Evans.vs.Henderson.Prelims.[X264][400P][Secludedly] | 6/16/2013 |
| 29 | UFC 161: Evans vs. Henderson | UFC.161.Evans.vs.Henderson.Prelims.[H264][720P][60FPS][Secludedl | 6/16/2013 |
| 30 | UFC 160: Velasquez vs. Silva II | UFC.160.Velasquez.vs.Silva.II.[X264][400P][MP4][Secludedly] | 5/26/2013 |
| 31 | UFC 160: Velasquez vs. Silva II | UFC.160.Velasquez.vs.Silva.II.[H264][720P][60FPS][Secludedly] | 5/26/2013 |
| 32 | UFC 160: Velasquez vs. Silva II | UFC.160.Velasquez.vs.Silva.II.Prelims.[X264][400P][MP4][Secluded | 5/26/2013 |
| 33 | UFC 160: Velasquez vs. Silva II | UFC.160.Velasquez.vs.Silva.II.Prelims.[H264][720P][60FPS][Seclud | 5/26/2013 |
| 34 | UFC on FX 8: Belfot vs. Rockhold | UFC.On.FX.8.Belfort.vs.Rockhold.[X264][400P][Secludedly] | 5/19/2013 |
| 35 | UFC on FX 8: Belfot vs. Rockhold | UFC.On.FX.8.Belfort.vs.Rockhold.[H264][720P][Secludedly] | 5/19/2013 |
| 36 | UFC Ultimate Royce Gracie | UFC.Ultimate.Royce.Gracie.Disc1[BluRay][X264][720P][Secludedly] | 5/9/2013 |
| 37 | UFC 159: Jones vs. Sonnen | UFC.159.Jones.vs.Sonnen.[X264][400P][MP4][Secludedly] | 4/28/2013 |
| 38 | UFC 159: Jones vs. Sonnen | UFC.159.Jones.vs.Sonnen.[H264][720P][60FPS][Secludedly] | 4/28/2013 |
| 39 | UFC 159: Jones vs. Sonnen | UFC.159.Jones.vs.Sonnen.Prelims.[X264][400P][MP4][Secludedly] | 4/28/2013 |
| 40 | UFC 159: Jones vs. Sonnen | UFC.159.Jones.vs.Sonnen.Prelims.[H264][720P][60FPS][Secludedly] | 4/28/2013 |
| 41 | UFC on Fox 7: Henderson vs. Melendez | UFC.On.FOX.7.Henderson.vs.Melendez[X264][400p][Secludedly] | 4/21/2013 |
| 42 | UFC on Fox 7: Henderson vs. Melendez | UFC.On.FOX.7.Henderson.vs.Melendez[H264][720p][Secludedly] | 4/21/2013 |
| 43 | UFC on Fox 7: Henderson vs. Melendez | UFC.On.FOX.7.Prelims[X264][400p][Secludedly] | 4/21/2013 |
| 44 | UFC on Fox 7: Henderson vs. Melendez | UFC.On.FOX.7.Prelims[H264][720p][Secludedly] | 4/21/2013 |
| 45 | The Ultimate Fighter: S17 Finale | The.Ultimate.Fighter.17.Finale.[X264][400P][Secludedly] | 4/14/2013 |
| 46 | The Ultimate Fighter: S17 Finale | The.Ultimate.Fighter.17.Finale.[H264][720P][60FPS][Secludedly] | 4/14/2013 |

|    | Asset Title | File Name | Upload date |
|----|-------------|-----------|-------------|
| 47 | The Ultimate Fighter S17E12 | The.Ultimate.Fighter.S17E12.[X264][400P][MP4][Secludedly] | 4/10/2013 |
| 48 | The Ultimate Fighter S17E12 | The.Ultimate.Fighter.S17E12.[H264][720P][60FPS][Secludedly] | 4/10/2013 |
| 49 | The Ultimate Fighter S17E11 | The.Ultimate.Fighter.S17E11.[X264][400P][MP4][Secludedly] | 4/3/2013 |
| 50 | The Ultimate Fighter S17E11 | The.Ultimate.Fighter.S17E11.[H264][720P][60FPS][Secludedly] | 4/3/2013 |
| 51 | The Ultimate Fighter S17E10 | The.Ultimate.Fighter.S17E10.[X264][400P][MP4][Secludedly] | 3/27/2013 |
| 52 | The Ultimate Fighter S17E10 | The.Ultimate.Fighter.S17E10.[H264][720P][60FPS][Secludedly] | 3/27/2013 |
| 53 | The Ultimate Fighter S17E09 | The.Ultimate.Fighter.S17E09.[X264][400P][MP4][Secludedly] | 3/20/2013 |
| 54 | The Ultimate Fighter S17E09 | The.Ultimate.Fighter.S17E09.[H264][720P][60FPS][Secludedly] | 3/20/2013 |
| 55 | UFC 158: GSP vs. Diaz | UFC.158.GSP.vs.Diaz.[X264][400P][MP4][Secludedly] | 3/17/2013 |
| 56 | UFC 158: GSP vs. Diaz | UFC.158.GSP.vs.Diaz.[H264][720P][60FPS][Secludedly] | 3/17/2013 |
| 57 | UFC 158: GSP vs. Diaz | UFC.158.GSP.vs.Diaz.Prelims.[X264][400P][MP4][Secludedly] | 3/17/2013 |
| 58 | UFC 158: GSP vs. Diaz | UFC.158.GSP.vs.Diaz.Prelims.[H264][720P][60FPS][Secludedly] | 3/17/2013 |
| 59 | The Ultimate Fighter S17E08 | The.Ultimate.Fighter.S17E08.[X264][400P][MP4][Secludedly] | 3/13/2013 |
| 60 | The Ultimate Fighter S17E08 | The.Ultimate.Fighter.S17E08.[H264][720P][60FPS][Secludedly] | 3/13/2013 |
| 61 | The Ultimate Fighter S17E07 | The.Ultimate.Fighter.S17E07.[X264][400P][MP4][Secludedly] | 3/6/2013 |
| 62 | The Ultimate Fighter S17E07 | The.Ultimate.Fighter.S17E07.[H264][720P][60FPS][Secludedly] | 3/6/2013 |
| 63 | The Ultimate Fighter S17E06 | The.Ultimate.Fighter.S17E06.[X264][400P][MP4][Secludedly] | 2/27/2013 |
| 64 | The Ultimate Fighter S17E06 | The.Ultimate.Fighter.S17E06.[H264][720P][60FPS][Secludedly] | 2/27/2013 |
| 65 | UFC 157: Rousey vs. Carmouche | UFC.157.Rousey.vs.Carmouche.[X264][400p][MP4][Secludedly] | 2/24/2013 |
| 66 | UFC 157: Rousey vs. Carmouche | UFC.157.Rousey.vs.Carmouche.Prelims[X264][400p][MP4][Secludedly] | 2/24/2013 |
| 67 | UFC 157: Rousey vs. Carmouche | UFC.157.Rousey.vs.Carmouche.[H264][720p][60FPS][Secludedly] | 2/24/2013 |
| 68 | UFC 157: Rousey vs. Carmouche | UFC.157.Rousey.vs.Carmouche.Prelims[H264][720p][60FPS][Secludedl | 2/24/2013 |
| 69 | The Ultimate Fighter S17E05 | The.Ultimate.Fighter.S17E05.[X264][400P][MP4][Secludedly] | 2/20/2013 |

| | Asset Title | File Name | Upload date |
|---|---|---|---|
| 70 | The Ultimate Fighter S17E05 | The.Ultimate.Fighter.S17E05.[H264][720P][60FPS][Secludedly] | 2/20/2013 |
| 71 | The Ultimate Fighter S17E04 | The.Ultimate.Fighter.S17E04.[X264][400P][MP4][Secludedly] | 2/13/2013 |
| 72 | The Ultimate Fighter S17E04 | The.Ultimate.Fighter.S17E04.[H264][720P][60FPS][Secludedly] | 2/13/2013 |
| 73 | The Ultimate Fighter S17E03 | The.Ultimate.Fighter.S17E03.[X264][400P][MP4][Secludedly] | 2/6/2013 |
| 74 | The Ultimate Fighter S17E03 | he.Ultimate.Fighter.S17E03.[H264][720P][60FPS][Secludedly] | 2/6/2013 |
| 75 | UFC 156: Aldo vs. Edgar | UFC.156.Aldo.vs.Edgar.[H264][720P][60FPS][Secludedly] | 2/3/2013 |
| 76 | UFC 156: Aldo vs. Edgar | UFC.156.Aldo.vs.Edgar.Prelims[H264][720P][60FPS][Secludedly] | 2/3/2013 |
| 77 | UFC 156: Aldo vs. Edgar | UFC.156.Aldo.vs.Edgar.Prelims[X264][400P][MP4][Secludedly] | 2/3/2013 |
| 78 | UFC 156: Aldo vs. Edgar | UFC.156.Aldo.vs.Edgar.[X264][400P][MP4][Secludedly] | 2/3/2013 |
| 79 | The Ultimate Fighter S17E02 | The.Ultimate.Fighter.S17E02.[X264][400P][MP4][Secludedly] | 1/30/2013 |
| 80 | The Ultimate Fighter S17E02 | The.Ultimate.Fighter.S17E02.[H264][720P][60FPS][Secludedly] | 1/30/2013 |
| 81 | The Ultimate Fighter S17E01 | The.Ultimate.Fighter.S17E01.[X264][400P][MP4][Secludedly] | 1/23/2013 |
| 82 | The Ultimate Fighter S17E01 | The.Ultimate.Fighter.S17E01[H264][720P][60FPS][Secludedly] | 1/23/2013 |
| 83 | Pride: Bushido | PRIDE.FC.Bushido.01-13.[DVDRips][Secludedly] | 1/22/2013 |
| 84 | UFC on FX 7: Belfort vs. Bisping | UFC.On.FX.7.Belfort.vs.Bisping[X264][400P][MP4][Secludedly] | 1/20/2013 |
| 85 | UFC on FX 7: Belfort vs. Bisping | UFC.On.FX.7.Prelims[X264][400P][SDTV][Secludedly] | 1/20/2013 |
| 86 | UFC on FX 7: Belfort vs. Bisping | FC.On.FX.7.Belfort.vs.Bisping[H264][720p][60FPS][Secludedly] | 1/20/2013 |
| 87 | UFC 155: Dos Santos vs. Velasquez II | UFC.155.dos.Santos.vs.Velasquez.II.Prelims[X264][480P][MP4][Secl | 12/30/2012 |
| 88 | UFC 155: Dos Santos vs. Velasquez II | UFC.155.dos.Santos.vs.Velasquez.II.Prelims[H264][720P][60FPS][Se | 12/30/2012 |
| 89 | The Ultimate Fighter: S16 Finale | The.Ultimate.Fighter.16.Finale[X264][480P][MP4][Secludedly] | 12/16/2012 |
| 90 | The Ultimate Fighter: S16 Finale | The.Ultimate.Fighter.16.Finale[H264][720P][60FPS][Secludedly] | 12/16/2012 |
| 91 | UFC on FX 6: Pearson vs. Sotiropoulos | UFC.On.FX.6.Pearson.vs.Sotiropoulos[X264][480p][MP4][Secludedly] | 12/15/2012 |
| 92 | UFC on FX 6: Pearson vs. Sotiropoulos | UFC.On.FX.6.Pearson.vs.Sotiropoulos[H264][720p][60FPS][Securedl | 12/15/2012 |

|    | Asset Title | File Name | Upload date |
|----|---|---|---|
| 93 | UFC on FOX 5: Henderson vs. Diaz | UFC.On.FOX.5.Henderson.vs.Diaz[X264][480p][MP4][Secludedly] | 12/9/2012 |
| 94 | UFC on FOX 5: Henderson vs. Diaz | UFC.On.FX.Henderson.vs.Diaz.Prelims[X264][480P][MP4][Secludedly] | 12/9/2012 |
| 95 | UFC on FOX 5: Henderson vs. Diaz | UFC.On.FOX.5.Henderson.vs.Diaz[H264][720p][60FPS][Secludedly] | 12/9/2012 |
| 96 | UFC on FOX 5: Henderson vs. Diaz | UFC.On.FX.Henderson.vs.Diaz.Prelims[H264][720p][60FPS][Secludedl | 12/9/2012 |
| 97 | The Ultimate Fighter S16E11 | The.Ultimate.Fighter.Fridays.S16E11[X264][480P][MP4][Secludedly] | 12/1/2012 |
| 98 | The Ultimate Fighter S16E11 | The.Ultimate.Fighter.Fridays.S16E11[H264][720P][Secludedly] | 12/1/2012 |
| 99 | UFC 154 | UFC.154.Prelims.On.FX[H264][720p][60FPS][Secludedly] | 11/18/2012 |
| 100 | The Ultimate Fighter S16E10 | The.Ultimate.Fighter.Fridays.S16E10[X264][480P][MP4][Secludedly] | 11/17/2012 |
| 101 | The Ultimate Fighter S16E10 | The.Ultimate.Fighter.Fridays.S16E10[H264][720P][Secludedly] | 11/17/2012 |
| 102 | The Ultimate Fighter S16E09 | The.Ultimate.Fighter.Fridays.S16E09[X264][480P][MP4][Secludedly] | 11/10/2012 |
| 103 | The Ultimate Fighter S16E09 | The.Ultimate.Fighter.Fridays.S16E09[H264][720P][Secludedly] | 11/10/2012 |
| 104 | The Ultimate Fighter S16E08 | The.Ultimate.Fighter.Fridays.S16E08[X264][480P][MP4][Secludedly] | 11/3/2012 |
| 105 | The Ultimate Fighter S16E08 | The.Ultimate.Fighter.Fridays.S16E08[H264][720P][Secludedly] | 11/3/2012 |
| 106 | The Ultimate Fighter S16E07 | The.Ultimate.Fighter.Fridays.S16E07[v2][X264][480P][MP4][Seclude | 10/27/2012 |
| 107 | The Ultimate Fighter S16E07 | The.Ultimate.Fighter.Fridays.S16E07[H264][720P][Secludedly] | 10/27/2012 |
| 108 | The Ultimate Fighter S16E06 | The.Ultimate.Fighter.Fridays.S16E06[H264][720P][Secludedly] | 10/20/2012 |
| 109 | UFC 153 | UFC.153.Prelims.On.FX[H264][720p][60FPS][Secludedly] | 10/14/2012 |
| 110 | The Ultimate Fighter S16E05 | The.Ultimate.Fighter.Fridays.S16E05[X264][480P][Secludedly] | 10/13/2012 |
| 111 | The Ultimate Fighter S16E05 | The.Ultimate.Fighter.Fridays.S16E05[H264][720P][Secludedly] | 10/13/2012 |
| 112 | The Ultimate Fighter S16E04 | The.Ultimate.Fighter.Fridays.S16E04[X264][480P][Secludedly] | 10/8/2012 |
| 113 | UFC on FX: Browne vs. Bigfoot | UFC.On.FX.Browne.vs.Bigfoot[H264][60FPS][720p][Secludedly] | 10/6/2012 |
| 114 | The Ultimate Fighter S16E03 | The.Ultimate.Fighter.Fridays.S16E03[H264][720P][Secludedly] | 9/29/2012 |
| 115 | UFC on FX: Pokrajec vs. Magalhaes | UFC.On.FX.Pokrajac.vs.Magalhaes[H264][720p][Secludedly] | 9/23/2012 |

|     | Asset Title | File Name | Upload date |
|-----|-------------|-----------|-------------|
| 116 | The Ultimate Fighter S16E02 | The.Ultimate.Fighter.Fridays.S16E02[H264][720P][Secludedly] | 9/22/2012 |
| 117 | The Ultimate Fighter S16E01 | The.Ultimate.Fighter.Fridays.S16E01[H264][720P][Secludedly] | 9/15/2012 |
| 118 | Strikeforce: Rousey vs. Kaufman | Strikeforce.Rousey.vs.Kaufman[60FPS][H264][720P][Secludedly] | 8/19/2012 |
| 119 | UFC on Fox: Shogun vs. Vera | UFC.On.Fox.4.Shogun.vs.Vera[720p][H264][MP4][Secludedly] | 8/5/2012 |
| 120 | Strikeforce: Rockhold vs. Kennedy | Strikeforce.Rockhold.vs.Kennedy[60FPS][MP4][720P][Secludedly] | 7/15/2012 |
| 121 | UFC 148: Silva vs. Sonnen II | UFC.148.Silva.vs.Sonnen.II.PPV[720p][X264][MP4][Secludedly] | 7/9/2012 |
| 122 | UFC 148: Silva vs. Sonnen II | FC.148.Silva.vs.Sonnen[720p][H264][MP4][Secludedly] | 7/8/2012 |
| 123 | Strikeforce: Barnett vs. Cormier | Strikeforce.GP.Finals.Barnett.vs.Cormier[720p][h264][MP4]-Sec | 5/22/2012 |
| 124 | Strikeforce: Barnett vs. Cormier | Strikeforce.Grand.Prix.Finals.Barnett.vs.Cormier[720p][h264]-Sec | 5/20/2012 |